IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Deutsche Bank National Trust Company, as Trustee under the pooling and Servicing Agreement Series ITF FAST 2006-A4 | : | Civil Action 2:07-cv-370 |
| Plaintiff | : | |
| v. | : | Judge Sargus |
| Keely M. Jundt, *et al.*, | : | |
| Defendants | : | Magistrate Judge Abel |
| | : | |

## ORDER

Plaintiff's June 26, 2007 motion to dismiss Defendant Unknown Spouse, if any, of Keely M. Kundt, 5380 Roscommon Road, Dublin, OH 43017 (doc. 6) is GRANTED.

_____ 7-23-07
United States District Judge