IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DEUTSCHE BANK NATIONAL
TRUST CO.,

      Plaintiff,

vs.

      Case No. C2-07-370
      Judge Edmund A. Sargus, Jr.
      Magistrate Judge Mark R. Abel

KEELY M. JUNDT,
      et al.,

      Defendants.

## ORDER

This matter came before the Court for a status conference on January 22, 2008. At that time, the parties indicated that they had reached a compromise as to the matters raised in Plaintiff's Complaint, and would submit a proposed Order reflecting their agreement. Accordingly, Plaintiff's Motion for Default Judgment (Doc. #7) is **DENIED WITHOUT PREJUDICE**. Plaintiff may renew its Motion should the settlement fail.

This matter is hereby scheduled for a **STATUS CONFERENCE** on **APRIL 22, 2008 at 10:00 A.M.**, unless the parties file a proposed entry by April 21, 2008.

      **IT IS SO ORDERED.**

3-28-2008
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE